# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-695-J |
| ) | |
| FNU WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed this action against Defendants under 42 U.S.C. § 1983, alleging violations of his federal constitutional rights. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On July 20, 2020, Judge Purcell issued a Report and Recommendation recommending the transfer of this action to the United States District Court for the Eastern District of Oklahoma. [Doc. No. 5]. Plaintiff was advised of his right to object to the Report and Recommendation by August 10, 2020. Plaintiff has filed a summary of his case [Doc. No. 6] but has not objected to the transfer of this case to the Eastern District. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and TRANSFERS this case to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 19th day of August, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE